## WYCOFF CO., INC. *v.* PUBLIC SERVICE COMMISSION OF UTAH ET AL.

No. 238.  Decided October 12, 1964.

*Wayne C. Durham* for appellant.

*A. Pratt Kesler,* Attorney General of Utah, *H. Wright Volker,* Assistant Attorney General, and *Keith E. Sohm* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## AGEE *v.* COLUMBUS BAR ASSOCIATION.

No. 259.  Decided October 12, 1964.

*George E. Tyack* and *Alexander H. Martin, Jr.,* for appellant.

*S. Noel Melvin* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.